To Whom It May Concern,

My name is Ariela M. Leyva. I'm 29 years old and a mother to three wonderful kids. Yamileen Orteja is my eldest daughter at 9 years old, followed by my son Idles Orteja, who is 7. My youngest, Isar Orteja, will turn 6 on June 1st. He dreams of becoming a soldier one day. Every year, I decorate their rooms for their birthdays, each with a theme they choose. They all ask for something different.

I was previously in a long-term relationship with my children's father. His name is Randy Orteja. I was with him since I was 15, but the last couple of years after having my son Isar he became very hard to be around. He was on drugs, so I decided to leave.

At first, being alone with my kids was tough. I began working at a Bath and Body warehouse, which I enjoyed, but the long hours took a toll. I found myself struggling with depression and turned to alcohol to cope with the stress of balancing responsibilities like paying rent and supporting my family, including paying my mom and siblings to watch my kids.

I later found a job at WSS with more flexible hours that allowed me to be more present in my kids lives. These hours worked better for me, allowing me to attend their school events, plays, field trips, conferences, and other activities.

I reconnected with my cousin Yevitte, and spent many nights at her place without realizing she was hanging out with the wrong crowd. I ended up making some regrettable decisions driven by the need for extra money to cover bills and support my mom and kids.

My family knows me as a good, humble, and naive person who often aims to please others. Everything I do is for my children because I love them dearly. Their happiness means everything to me. I love seeing their little faces light up when they see me and when we go places together we are always in prayer.

I met a guy named Oscar Campoy. He introduced us to church during the times when I felt at my lowest and now we are always in worship. It is incredible to see my children singing and praying to God. It is so amazing to watch.

Overall, I love my children dearly and will do anything for their wellness and happiness.

I am deeply sorry for my actions. I didn't think past the happiness of my children that what I did was illegal. Please forgive me, and I am willing to cooperate fully with whatever is asked of me.

Sincerely,
Ariela Leyva

Dear Your Honor,

I am writing this letter on behalf of my daughter, Ariela Leyva, who has unfortunately got herself into a predicament at the moment. I'm asking the court for mercy on her behalf.

Ariela is the sole provider for her three children. She is a very responsible, loving, caring, honest person, who now finds herself on the wrong side of the law and is very much regretting it.

Ariela at times can be very gullible and innocent, and people tend to take advantage of her. Now, she finds herself in all of this sadly. So, I am asking the court to please reconsider her faith and if any way possible suspend her sentencing and show mercy and please grant her probation, Your Honor.

Ariela is such a very loving mother, who puts Jesus and her three kids first for sure. We all know she made a mistake and it was her first time. So again, if you can reconsider and grant her probation, I know it is within your power to do so, Your Honor. Ariela means the world to me and would be so missed if gone for any amount of time.

Many thanks your honor and God bless you and your family


Sincerely,
Nathaniel Leyva,
Ariela Leyva's Father

To Whom It May Concern,

I am writing this letter about my daughter, Ariela Leyva, who I love dearly.

Ariela is a mother to three wonderful children: a daughter and two sons, all of whom adore her. They eagerly await her return home from work, knowing she'll help them get ready for the next day. She takes care of their meals and spends her weekdays with them at church or other activities. Each day spent together is a cherished memory for our family.

Ariela is dedicated to her job, ensuring she's there every day to provide for her children's needs at home and school. Her hard work and responsible nature recently earned her a promotion. As a daughter, she's loving and respectful.

Ariela's presence is essential to her children. They rely on her, and she deserves a second chance.

Sincerely,

Mother of Ariela Leyva

To Whom It May Concern,

I am writing to you today to provide a character reference for Ariela Leyva. I have known her since September of last year, she is my visual merchandising Team Lead, which I promoted her from a regular team member because she's that great of a person. I have come to know her as a kind, honest, and hardworking mother.

Ariela is always willing to help and teach others when she can she's the first person to lend a helping hand when a team member or a customer needs help. She is active in the church as well and very active in her children's lives.

I believe that Ariela is a great person who deserves a second chance, and I wouldn't know what to do without her at my store. She is a very important key factor to our success. Thanks for your time today.

Sincerely,
Antwan Anderson

To Whom It May Concern,

I am writing to you today to provide a character reference for Ariela Leyva. I have known her since September of last year, she is my visual merchandising Team Lead, which I promoted her from a regular team member because she's that great of a person. I have come to know her as a kind, honest, and hardworking mother.

Ariela is always willing to help and teach others when she can she's the first person to lend a helping hand when a team member or a customer needs help. She is active in the church as well and very active in her children's lives.

I believe that Ariela is a great person who deserves a second chance, and I wouldn't know what to do without her at my store. She is a very important key factor to our success. Thanks for your time today.

Sincerely,
Antwan Anderson

# VICTORY OUTREACH NORTH PHOENIX

*Regina Acuña-Guerrero*

May 16, 2024

To Whom It May Concern,

This letter is in reference to the character of Ariela Leyva. My name is Regina Acuña-Guerrero, I am the Pastor's wife of Victory Outreach North Phoenix. I have enjoyed getting to know and seeing the personal growth and changes in Ariela this year. I have seen her growth as a young woman, mother and now wife. Ariela has made positive changes and is dedicated in serving her community. She currently helps with our community outreaches and serves in our children's ministry. I understand today's proceedings are due to irresponsible decisions made in her past but I ask for grace and consideration since the woman who stands before you today is no where near the woman back then.

Thank you for your time and consideration in this request. I am available at 602-814-4098, should you have any further questions or concerns.

Sincerely,

*Regina Guerrero*

Regina Acuña-Guerrero
Director of Outreach Services

13002 N. 33rd Avenue, Phoenix, AZ 85029

Dear Judge,

My name is Denise Campoy I am writing to you on behalf of my dear friend, Ariela Leyva Whom I have had the privilege of knowing for 15 years. I am fully aware of the gravity of the situation she is currently facing and hope that my perspective on her character can provide valuable insight during your deliberations.

Throughout the years I have known Ariela, she has consistently demonstrated qualities of kindness, responsibility, and integrity. She is a genuinely good person and a dedicated single mother to her children, Yamileen 9, Idres 7, Isar 5.  Her commitment to their well-being and upbringing is evident in every aspect of her life. Ariela works tirelessly to provide for her family, ensuring that her children have a stable and nurturing environment.

 In addition to her professional responsibilities, Ariela is actively involved in her community. She and her children regularly attend church, where they participate in various activities and services. This involvement has helped instill strong moral values and a sense of community in her children, making her a role model not only to them but to all who know her.

 One of the most striking aspects of Ariela's character is her resilience and dedication as a mother. The potential separation from her children due to incarceration would have a devastating impact on their lives. They rely on her for emotional support, guidance, and stability. The absence of their mother would not only disrupt their daily routines but also inflict profound emotional and psychological distress.

 Ariela has made every effort to be a positive influence in her children's lives and has worked diligently to create a secure and loving home for them. Her presence is crucial to their development and well-being. I firmly believe that her character and actions reflect a person who deserves the opportunity to continue being a guiding and supportive force in her children's lives.
 I respectfully urge you to consider the impact that a custodial sentence would have on Ariela and her family. She is a responsible, caring, and dedicated individual whose positive contributions to her family and community are immeasurable.

Thank you for taking the time to read this letter and consider my perspective. I am confident that, given the opportunity, Ariela will continue to be a valuable member of our community and a loving, supportive mother to her children.

Sincerely,
Denise Campoy

## Character Reference



RE: Ariela Campoy

To whom it may concern,

This letter is in reference to Mrs. Ariela Campoy as in consideration of pardon. Mrs. Campoy has been a member of Victory Outreach North Phoenix for just over a year. Mrs. Campoy has been a productive member of our children's care department. Mrs. Campoy is a product of the restoration success of the ministry. Mrs. Campoy is supportive and present in the everyday lives of her children. Mrs. Campoy is loving, affectionate, constructive, a disciplinarian and a positive role model of a moral woman in their lives. Mrs. Campoy has the best intentions to raise her children to become successful and productive members of society.

Victory Outreach International is a non-profit Christian oriented Ministry which has been in existence for over 50 years with Christian Victory Homes and churches throughout the United States and abroad. Victory Outreach International is called to the task of serving the community as an outreach focusing on substance abuse, alcoholism, gang violence, and other life controlling habits with emphasis on restoring the family unit. The children's program focuses on the different stages of childhood, transitioning them into young adulthood and preparing children to face the challenges and obstacles of our generation with courage and composure.

Thank you for your time and consideration in this matter. If you have any further questions feel free to contact me.

Respectfully,

Steven Acuña

*Senior Pastor*